# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNTIED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>GARY M. LIBERTY,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 02cr2952 JM<br><br>ORDER DENYING MOTION TO PLEAD GUILTY TO VIOLATION OF SUPERVISED RELEASE AND FOR IMPOSITION OF SENTENCE IN ABSENTIA |
|---|---|

　　　On or about September 8, 2006 Defendant filed a motion to immediately plead guilty to violation of the terms of his supervised release and to request the imposition of a sentence in absentia to run concurrently with the three year sentence Defendant is currently serving in the Arizona Department of Corrections. In the present case, on or about August 25, 2003 Defendant plead guilty to transportation of illegal immigrants in violation of 8 U.S.C. §1323(a)(1)(A). Defendant was sentenced to twelve months and one day in custody and two years supervised release.

　　　The court denies Defendant's motion to plead guilty to a supervised release violation. While a detainer has been lodged against Petitioner, he is not presently in custody on the warrant for a supervised release violation. Rather, Defendant is in custody pursuant to a sentence imposed in a separate case. Consequently, Rule 32.1 does not apply to Defendant. Further, Defendant cannot demonstrate any prejudice if

1 | a revocation hearing is conducted after he completes the sentence in the Arizona case
2 | because the delay in the revocation hearing is due solely to his own conduct. See
3 | United States v. Wickham, 618 F.2d 1307 (9th Cir. 1979).
4 | **IT IS SO ORDERED.**
5 | DATED: September 20, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

8 | cc: All parties